The People of the State of New York, Appellant, *v.* Charles M. Otis, Respondent.

*People* v. *Otis,* 137 App. Div. 426, appeal dismissed.

(Argued December 14, 1910; decided December 16, 1910.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered

March 17, 1910, which reversed a judgment of the Jefferson County Court rendered upon a verdict convicting the defendant of a violation of subdivision 2 of section 1427 of the Penal Law and granted a new trial.

*Fred B. Pitcher* for appellant.

*Edgar V. Bloodough* for respondent.

Appeal dismissed; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.